JS-6, ENTER

**FILED - SOUTHERN DIVISION**
**CLERK, U.S. DISTRICT COURT**
JUL 17 2008
**CENTRAL DISTRICT OF CALIFORNIA**
BY         DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RICHARD ARMANDO OCHOTORENA, | Case No. CV 08-3014-CJC (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| DARREL G. ADAMS, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: July 17, 2008

Cormac J. Carney
United States District Judge

**ENTERED - SOUTHERN DIVISION**
**CLERK, U.S. DISTRICT COURT**
JUL 18 2008
**CENTRAL DISTRICT OF CALIFORNIA**
BY         DEPUTY